**Exhibit A to the Complaint**

**Location:** Ponte Vedra Beach, FL
**Total Works Infringed:** 53

**IP Address:** 98.231.53.153
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 80DA66E3A0FB570C29A87D9693EF6CFD1413ACE3 | 06/06/2026 22:42:48 | Blacked Raw | 01/16/2025 | 02/18/2025 | PA0002516024 |
| 2 | 41817D06CA3D786345433A5E8B8DB04702758E24 | 04/08/2026 19:27:00 | Milfy | 04/16/2025 | 04/22/2025 | PA0002526947 |
| 3 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 03/06/2026 18:54:19 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 4 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 03/06/2026 18:54:01 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 5 | 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6 | 02/27/2026 16:11:36 | Tushy | 09/19/2021 | 10/19/2021 | PA0002317058 |
| 6 | 04F316D2BDC9177CF7F76863B300C32DB5EAA645 | 02/25/2026 02:29:42 | Wifey | 02/14/2026 | 02/20/2026 | PA0002568770 |
| 7 | 730EBF830BD5E2DB3CDE9C6CD8925934DD5F40E5 | 02/25/2026 02:24:36 | Wifey | 11/08/2025 | 11/26/2025 | PA0002554936 |
| 8 | 70C01FD0FDD7511D2CA1AFC5320E2447FA245D3A | 02/25/2026 02:24:06 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 9 | 04D72E517F88DFCE75865C9754758A00CE1E42D0 | 02/25/2026 02:22:46 | Wifey | 01/03/2026 | 01/07/2026 | PA0002559446 |
| 10 | 45012F2B1F60929A8CBF830BE3CA7B6EA2B180FF | 02/25/2026 02:21:49 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 11 | 3312D8D5F63D5A4D6648753D5222EAD405A3C6CC | 02/25/2026 02:18:18 | Wifey | 08/23/2025 | 09/16/2025 | PA0002551016 |
| 12 | 4FC4ACEF00AE6AF514DDBD50B8C9C2399042C15D | 02/25/2026 02:16:23 | Wifey | 01/10/2026 | 01/26/2026 | PA0002563056 |
| 13 | 81139BBDEFBBAEACF29C84945E3232783BB0DA57 | 02/25/2026 02:12:20 | Wifey | 04/19/2025 | 04/23/2025 | PA0002527350 |
| 14 | 1E7FE4039B90908BDBB2A03E59D907992DE3E103 | 02/25/2026 02:12:15 | Wifey | 10/04/2025 | 11/26/2025 | PA0002554951 |
| 15 | FCE5A0FBD1CE004167048F86B040B44A75D9C884 | 02/25/2026 02:08:31 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 16 | 08354D32FD43E3BAC86B08C606DA96B5C953E702 | 02/25/2026 02:07:23 | Wifey | 11/29/2025 | 12/09/2025 | PA0002556534 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 987E174907A6F950E0A59CC853623AEA8B681E52 | 02/25/2026 02:01:46 | Wifey | 12/27/2025 | 01/02/2026 | PA0002558851 |
| 18 | 71953E7754EC78886187D5FB739ADBCBFF27D232 | 02/25/2026 01:59:33 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 19 | 7F8180257FED9BC2840A298DE81F771E90C191F3 | 02/25/2026 01:45:20 | Wifey | 07/05/2025 | 07/09/2025 | PA0002539416 |
| 20 | 9F813D5658EA0C0AD675F26CE036D0218A2D89AF | 02/25/2026 01:44:36 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 21 | 502D0413ACE3A646AA9D0E061929F7194CA46D75 | 02/25/2026 01:43:58 | Wifey | 08/09/2025 | 08/19/2025 | PA0002545671 |
| 22 | C53DC5C2F6501992C81F463A0F92B99AC321E81D | 02/25/2026 01:30:38 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 23 | 4B2F93DD01178785B6B6F28C2C37A7B48E0F88E1 | 02/25/2026 01:29:04 | Wifey | 11/01/2025 | 11/26/2025 | PA0002554937 |
| 24 | 5D4955FE26106A322205EF650F07D94A27A1C769 | 02/25/2026 01:14:17 | Wifey | 07/12/2025 | 07/22/2025 | PA0002541693 |
| 25 | 643D70DCA04B9F570610CC13A567C9969B462C76 | 02/25/2026 01:04:13 | Wifey | 01/24/2026 | 01/28/2026 | PA0002563701 |
| 26 | 739236F5712F3CEFA1B9F13EF11D339CECF51701 | 02/25/2026 00:59:50 | Wifey | 06/28/2025 | 07/08/2025 | PA0002539150 |
| 27 | 57E1B5403C13EF21F1672CCB4EF6A0EAD4E9E109 | 02/25/2026 00:58:53 | Wifey | 03/20/2025 | 05/21/2025 | PA0002531816 |
| 28 | 75A353D79EC4B06347D0AD1935D3F3D242B8A70C | 02/25/2026 00:47:15 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 29 | 3BF616A8556DA6801124C26EA864439649D28569 | 02/25/2026 00:33:39 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 30 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 02/25/2026 00:32:48 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 31 | BEF0D2E7B96DDC060FA0F61AB59A5985525115B5 | 02/25/2026 00:27:21 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 32 | EC432D8D71F5AB0CE83147F50B0873710BD1EC03 | 02/25/2026 00:24:54 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 33 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/25/2026 00:24:02 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 34 | 997D5180CBC67DFE2455C40F2D36DF5AF75255D4 | 02/25/2026 00:03:00 | Milfy | 06/25/2025 | 07/08/2025 | PA0002539157 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 02/06/2026 18:41:39 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 36 | 5B3077C160BA3582630AD259484DFC305BDEB60B | 11/13/2025 21:02:43 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 37 | 70D7964BD90CE0DFE4BA66E6125F99CA39A1CA67 | 11/10/2025 19:10:05 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 38 | CDF23FDB2366030D928E499EE821F14317D6F613 | 11/05/2025 13:30:29 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |
| 39 | 7D1795246923B0F912DC5E45FDF6E39D24EFE8ED | 11/05/2025 13:29:14 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 40 | 4377D001F4E80BB56FC09EEC160D3E44683A7EAF | 11/04/2025 15:35:03 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 41 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 11/04/2025 15:21:35 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 42 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 11/04/2025 15:20:03 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 43 | 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391 | 11/03/2025 22:56:04 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 44 | 0CFDD52D13CCEDF8D626A829071DB0EB8C68B61A | 10/23/2025 01:29:48 | Milfy | 08/13/2025 | 08/19/2025 | PA0002545672 |
| 45 | BA3E14939ED7FCD40DD04190088CD3B872CEA90E | 10/21/2025 20:52:53 | Milfy | 09/10/2025 | 09/16/2025 | PA0002551067 |
| 46 | 20D49D536912E1265D9389994045CC98A4B5A21D | 10/21/2025 11:23:59 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 47 | 33818BC93D0BD9F6CFF85C4BDEDBFDD6F6D14C4D | 10/21/2025 11:20:59 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 48 | 7FF46E73C749B65A650C9625F032F48007CFEEE4 | 10/21/2025 11:16:58 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 49 | 4E161DCD3B0C439F68280147371BA08686987D0B | 10/21/2025 11:16:18 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 50 | 61E78791F34A5BC53796B54206C1DEC3D1EC338C | 10/10/2025 16:11:38 | Milfy | 10/08/2025 | 11/10/2025 | PA0002553351 |
| 51 | 6A0E4F47E6B770D53A96234596721B9EB309ABC5 | 03/03/2025 19:53:35 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 52 | 6307CD6EE0870DD8458B9A806E627947B8683ABC | 02/21/2025 18:50:10 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | B057DD023D9269D2C04BC234D9AF76736CC4B603 | 02/21/2025 18:35:06 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |